# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

STACY GREFE,

          Plaintiff,

vs.                                                      Case No.  2:10-cv-152-FtM-36SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security

          Defendant.
_____/

## **ORDER**

This matter comes before the Court on the Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. #21)  filed on October 28, 2010.  The government requests that the case be remanded to the Commissioner for the following reasons:

> The Commissioner has not resolved all factual determinations and cannot resolve all factual determinations without additional evaluation  of this case. On remand, the administrative law judge (ALJ) will reevaluate the opinion evidence from Drs. Johnson and Bancks in considering Plaintiff's residual functional capacity. The ALJ will also consult a vocational expert or other source to determine whether Plaintiff can perform other work that exists in significant numbers in the national economy

Pursuant to Local Rule 3.01(g), the Plaintiff indicates there is no objection to the remand.  Having considered the motion, the Court finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. #) is **GRANTED**. The decision of the Commissioner is hereby **reversed** under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security:

2. The Clerk is directed to enter Judgment under Fed. R. Civ. P. 58 accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of November, 2010.

_Sheri Polster Chappell_
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Presiding District Judge
Counsel of record